IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| AXIS SURPLUS INS. CO., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 2:06mc3345-WKW |
| | ) |
| INNISFREE HOTELS, INC, | ) |
| | ) |
| Defendant. | ) |

**SHOW CAUSE ORDER**

Upon consideration of the objections and motion to quash or modify subpoenas filed by non-parties Willis of Alabama, Inc. and Chuck Norton (doc. # 1), it is

ORDERED that on or before November 21, 2006, the opposing parties shall show cause why the motion should not be granted.

Done this 6th day of November, 2006.

                                        /s/Charles S. Coody
                                    CHARLES S. COODY
                                    CHIEF UNITED STATES MAGISTRATE JUDGE