IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| AXIS SURPLUS INS. CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:06mc3345-WKW |
| | ) | |
| INNISFREE HOTELS, INC, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

On October 27, 2006, non-parties Willis of Alabama, Inc. and Chuck Norton filed objections and motion to quash or modify subpoenas (doc. # 1). On November 28, 2006, the parties informed the court that the underlying case has been resolved and the parties are in agreement that the motion to quash is due to be granted. Accordingly, it is

ORDERED that the objections to the subpoenas be and are SUSTAINED and the motion to quash or modify subpoenas (doc. # 1) be and is hereby GRANTED.

Done this 29th day of November, 2006.

                              /s/Charles S. Coody
                              CHARLES S. COODY
                              CHIEF UNITED STATES MAGISTRATE JUDGE